No. 90–1270. ALABAMA v. BROWN. Ct. Crim. App. Ala. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Mu'Min* v. *Virginia*, 500 U. S. 415 (1991). 